# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| RENITA HAMER, | ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 2:18-cv-02005-TLP-tmp |
| CARRIER CORPORATION, | ) ) | JURY DEMAND |
| Defendant. | ) ) ) | |

## ORDER REQUIRING MEDIATION CERTIFICATION

An Order (ECF No. 26) was entered on May 22, 2018, amending the Scheduling Order (ECF No. 16) to extend the deadline for parties to engage in mediation and report to the Court until July 10, 2018. Pursuant to the mediation requirement set forth in the Scheduling Order and the Court's Plan for Alternative Dispute Resolution ("ADR Plan"), the parties are required to submit a "Mediation Certification" to the Court within seven (7) days of the mediation session. *See* LR App. D.1, ADR Plan, Section 5.11(b). To date, no such Mediation Certification has been submitted in this case. Therefore, it is ORDERED that, within seven (7) days of the entry of this Order, the parties shall file a mediation certification confirming that the ADR was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective positions at the ADR.

**SO ORDERED,** this 20th day of July, 2018.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE